643 A.2d 564

IN THE MATTER OF GEORGE N. POLIS, AN ATTORNEY AT LAW.

June 30, 1994.

## CORRECTED ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that GEORGE N. POLIS of ATLANTIC CITY, who was admitted to the bar of this State in 1984, be publicly reprimanded for violating *RPC* 1.8(c) by drafting for an elderly widow a will under which respondent's sister was the primary beneficiary, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and GEORGE N. POLIS is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.